# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LUCIANI; PAUL LUCIANI; KATHRYN LEE; and PHILLIP LINSSEN,<br><br>Plaintiffs,<br><br>v.<br><br>MARK ANTHONY LUCIANI, an individual; LUCIANI STORAGE MANAGEMENT, LLC, a California limited liability company; SAV-ON SYSTEMS, L.P., a California limited partnership; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 3:10-cv-02583-JM-WVG<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING [DOCKET NO. 3]**<br><br>Date:         February 4, 2011<br>Time:         1:30 p.m.<br>Courtroom: Hon. Jeffrey T. Miller |

On the joint motion of the parties, having considered the Declaration of Thomas W. Ferrell supporting the motion, and for good cause shown, the hearing date for defendants' Motion to Dismiss Pursuant to F.R.C.P. § 12(b)(6) is continued to February 25, 2011, at 1:30 p.m.

IT IS SO ORDERED.

Dated: January 21, 2011

_____
HON. JEFFREY T. MILLER
U.S. District Judge

995362.1

ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING [DOCKET NO. 3]